MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KENNETH A. BERRY,<br><br>    Defendant. | No. CR 10-901 SBA<br><br>[PROPOSED] ORDER DETAINING DEFENDANT KENNETH A. BERRY PENDING TRIAL<br><br>Date:   February 28, 2012<br>Time:  9:30 a.m.<br>Court:  Hon. Laurel Beeler |

Defendant Kenneth A. Berry is charged in a two-count Indictment with distribution of child pornography and possession of child pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B). The United States moved for defendant's detention pursuant to 18 U.S.C. § 3142, and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). On February 28, 2012, defendant waived his right to have a detention hearing at the present time. Considering the Pretrial Services' criminal history report, the nature of the offense, and the presumption of detention, the Court ordered defendant detained, as no condition or combination of conditions in

18 U.S.C. § 3142(c) will reasonably assure the appearance of defendant as required. See 18 U.S.C. §§ 3142(e) and (f); United States v. Motamedi, 767 F.2d 1403, 1406 (9th Cir. 1985).

Defendant did not request a full bail hearing at this time, but reserved the right to present information at a future bail hearing should his circumstances change. See 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing to, with the assistance of counsel, testify, present witnesses, cross-examine adverse witnesses, and present evidence by proffer or otherwise).

## **ORDER**

Defendant is ordered detained as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the appearance of defendant and safety of the community as required. Because defendant waived his right to present information pursuant to 18 U.S.C. § 3142(f) without prejudice to raising any relevant information at a later hearing, the Court orders that the hearing may be reopened at defendant's request at a future time.

Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. See 18 U.S.C. § 3142(i)(2). Defendant must be afforded a reasonable opportunity to consult privately with counsel. See 18 U.S.C. § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver defendant to the United States Marshal for a court appearance. See 18 U.S.C. § 3142(i)(4).

IT IS SO ORDERED.

DATED: March 6, 2012

LAUREL BEELER
United States Magistrate Judge

[PROPOSED] DETENTION ORDER
No. CR-10-901 SBA     2