UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0901 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MAY 22, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| KENNETH BERRY | ) ) | |
| Defendant. | ) ) ) | |

The parties jointly requested that the hearing in this matter be continued from April 16, 2012 to May 22, 2012, and that time be excluded under the Speedy Trial Act between April 16, 2012 and May 22, 2012 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The government has provided three separate batches of discovery thus far, the most recent of which was turned over last week. Additional discovery is forthcoming, and the defense will be scheduling a time to commence review of the contents of the seized computer. Additional time is needed for these purposes and to allow the defense to perform necessary investigation and research. Accordingly, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

//

//

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to May 22, 2012 at 10:00 a.m., and that time between April 16, 2012 and May 22, 2012 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED:4/13/12

_____
Hon. Saundra Brown Armstrong
United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO MAY 22, 2012 AND TO EXCLUDE TIME
No. CR-10-0901 SBA